[No. 53670-2-I.   Division One.   April 25, 2005.]

GILBERT J. SATTER, *Appellant*, v. SOUTH SOUND SOILS ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 02-2-10562-9, Ronald Kessler, J., entered December 16, 2003. *Affirmed in part* and *remanded* by unpublished opinion per Grosse, J., concurred in by Baker and Schindler, JJ.

[No. 53734-2-I.   Division One.   April 25, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD CARL RICHTER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-00507-6, Brian D. Gain, J., entered January 23, 2004. *Affirmed in part* and *remanded* by unpublished per curiam opinion.

[No. 53792-0-I.   Division One.   April 25, 2005.]

SAMMY BARKER, *Appellant*, v. THE EMPLOYMENT SECURITY DEPARTMENT, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 03-2-26853-4, Steven C. Gonzalez, J., entered January 12, 2004. *Reversed* by unpublished opinion per Ellington, A.C.J., concurred in by Coleman and Appelwick, JJ. Now published at 127 Wn. App. 588.

[No. 53884-5-I.   Division One.   April 25, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. SHANE ALAN NASI, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 03-1-01082-5, Charles S. French, J., entered February 9, 2004. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Grosse and Agid, JJ.